IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE LOUIS LEA,

    Petitioner,               No. CIV S-03-0809 MCE JFM P

    vs.

EDWARD S. ALAMEIDA, JR.,
and SILVIA GARCIA, Warden,

    Respondent.               <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus. On March 6, 2006, petitioner filed a letter asking about the status of his release.[1] Because petitioner is represented by counsel, the court will direct the Clerk of Court to send a copy of petitioner's letter to his counsel of record.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall send a copy of plaintiff's March 6, 2006 letter to plaintiff's counsel of record.

DATED: March 27, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; lea0809.ltr

---

[1] By minute order issued March 2, 2006, the district court noted the January 26, 2006 notice of intent to retry petitioner and directed Solano County to institute the necessary proceedings to retry petitioner not later than sixty days from the date of that order.